STATE of Missouri, Respondent,

v.

Anthony FIORELLA, Appellant.

No. WD 68304.

Missouri Court of Appeals, Western District.

Aug. 19, 2008.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Mary H. Moore, Office of Attorney General, Jefferson City, MO, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, JAMES E. WELSH, Judge, and ALOK AHUJA, Judge.

## ORDER

Anthony Fiorella appeals the circuit court's judgment convicting him of driving while intoxicated, in violation of § 577.010, RSMo 2000. We affirm in this *per curiam* opinion issued pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Edward Lee MEEKS, Appellant.

No. WD 67972.

Missouri Court of Appeals, Western District.

Aug. 19, 2008.

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, and Cory L. Atkins, Jefferson City, MO, for respondent.

Before LOWENSTEIN, P.J., SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appellant raises as plain error the trial court's advising the prosecutor how to present a portion of its case. Judgment affirmed. Rule 30.25(b).